ZINNA GRIEFER, Respondent, *v.* COUNTY OF SULLIVAN et al., Appellants.

Argued January 11, 1937; decided January 26, 1937.

*Nellie Childs Smith* and *John D. Lyons* for appellants. *Bernard Wiess* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.